UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS E. BURTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:16-cv-85-WTL-TAB |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

The Court having this date made its Entry, the Commissioner's decision is **REVERSED**

and this case is **REMANDED** for further proceedings consistent with this Entry.

**SO ORDERED: 3/23/17**

                                                                            _____

                                                                            Hon. William T. Lawrence, Judge
                                                                            United States District Court
                                                                            Southern District of Indiana

Laura Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification